# Court of Appeals
# of the State of Georgia

ATLANTA,  February 08, 2021

*The Court of Appeals hereby passes the following order:*

**A21E0030.  IN THE INTEREST OF A. S. et al.**

Upon consideration of Kenneth Brandon Shepard's motion for extension of time to file application for discretionary appeal, it is ordered that an extension be granted in the above-referenced case through and including March 8, 2021.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/08/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*